# William H. Buckman Law Firm

ATTORNEYS AT LAW
110 Marter Avenue, Suite 209
Moorestown, New Jersey 08057

Telephone 856-608-9797
Fax 856-608-6244

William H. Buckman
Certified Criminal Trial Attorney - NJ
Member NJ, PA, NY and VT Bar
wbuckman@whbuckman.com

Surinder K. Aggarwal
Member NJ Bar
skaggarwal@whbuckman.com

Lilia Londar
Member NJ and PA Bars
llondar@whbuckman.com

Wayne E. Natale
Of Counsel
wnatale@whbuckman.com

January 3, 2011

**VIA ELECTRONIC FILING**
Magistrate Judge Karen M. Williams, U.S.M.J
Mitchell H. Cohen United States Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

    Re:    TERENCE JONES v. SEAN DALTON, et. al.
           Docket No.: 1:09-cv-138(JEI)

Dear Magistrate Williams:

    Please accept this correspondence as Plaintiff's request for a two week extension of time to file his Brief in Opposition to Defendant's Motion to Compel Production of Engagement and Retention Letters or Plaintiff's Answer to Deposition Interrogatory, in the above-captioned matter. I have obtained consent for this request from Mr. Todd J. Gelfand, Esq., counsel for Defendant Michael Schaeffer.

    I request this extension of time because I have been out of the office since December 10, 2010 due to long standing vacation plans. As such, I respectfully request the Court to allow me to submit Plaintiff's brief on January 17, 2011.

So Ordered this 4th day of January, 2011
KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE

Respectfully,

THE WILLIAM H. BUCKMAN LAW FIRM

By:    /s/Lilia Londar
        LILIA LONDAR

LL:ms

cc:    All counsel (via electronic filing)
        Terence Jones (via regular mail)