```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| TERENCE JONES<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN DALTON, et al.<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-138<br>      (JEI/KMW)<br><br>**ORDER** |

**APPEARANCES:**

WILLIAM H. BUCKMAN LAW FIRM
William H. Buckman
Lilia Londar
110 Marter Avenue
Suite 209
Moorestown, NJ 08057
    Counsel for Plaintiff

ARCHER & GREINER P.C.
John C. Connell
John Patrick Kahn
One Centennial Square
Haddonfield, NJ 08033
    Counsel for Defendants Sean Dalton and John Porter

BAKER, SCOTT & GELFAND
A. Michael Barker
Todd J. Gelfand
Linwood Greene
210 New Road
Suite 12
Linwood, NJ 08221
    Counsel for Michael Schaeffer

RICHARDON & GALELLA
Allan E. Richardson
Charles B. Austermuhl
142 Emerson Street
Suite B
Woodbury, NJ 08096
    Counsel for Defendants Michael Schaeffer, Russell Marino and Township of Woolwich

**IRENAS,** Senior District Judge:

This matter having appeared before the Court upon Defendants' Motions for Summary Judgment (Dkt. Nos. 117, 120, 124); the Court having reviewed the parties' submissions; for the reasons appearing in an opinion issued on even date herewith; and for good cause appearing;

**IT IS** on this  3rd  day of April, 2012,

**ORDERED THAT:**

(1) Schaeffer's Motion is hereby **GRANTED** on the § 1985(3) civil conspiracy claim and **DENIED** in all other respects.

(2) Dalton and Porter's Motion is hereby **GRANTED.**

(3) Marino and Woolwich's Motion is hereby **GRANTED.**

     /s/ Joseph E. Irenas     
**JOSEPH E. IRENAS, S.U.S.D.J.**